| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| David L Hecht, Esq.<br>Hecht Partners LLP<br>111 Congress Avenue Suite 500<br>Austin, TX 78701<br>Telephone No:<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>Bluewave | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Western District of Texas | | |
| Plaintiff: Edge Networking Systems, LLC<br>Defendant: Microsoft Corporation | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:24-cv-00215-DII |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint For Patent Infringement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Civil Cover Sheet

3. *a. Party served:* Microsoft Corporation
   *b. Person served:* Latoya Sorrells, authorized to accept service for Corporation System Corporation, agent for service of process. , African American , Female , Age: 30s , Hair: Black , Height: 5'6" , Weight: 125

4. *Address where the party was served:* 211 East 7th Street Suite 620, Austin, TX 78701

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Mar 04 2024 (2) at: 03:09 PM

6. ***Person Who Served Papers:***
   a. Candace Faye Humphreys
   **b. FIRST LEGAL**
   3600 Lime Street, Suite 626
   RIVERSIDE, CA 92501
   c. (888) 599-5039

   **d.** ***The Fee*** *for Service was:*

7. ***I declare under penalty of perjury that the foregoing is true and correct.***

03/05/2024 (Date) — Candace Faye Humphreys (Signature)

FIRSTLEGAL

PROOF OF SERVICE

10540076
(379217)