**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| EDGE NETWORKING SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 1:24-cv-00215-ADA |

**AGREED AMENDED SCHEDULING ORDER**

Plaintiff Edge Networking Systems, LLC ("Plaintiff" or "Edge") and Defendant Microsoft Corporation ("Defendant" or "Microsoft") (collectively, the "Parties") respectfully and jointly present this Agreed Amended Scheduling Order, as set forth below.

| Event | Current Deadline | New Deadline |
|---|---|---|
| PlayFab infringement contentions | January 12, 2026 | January 29, 2026 |
| *Markman* hearing | February 6, 2026 | |
| Plaintiff serves final infringement contentions and Defendant serves final invalidity contentions | March 19, 2026 | |
| Deadline to amend pleadings | March 19, 2026 | |
| Completion of fact discovery | June 4, 2026 | |
| Narrowed claims and defenses to 5 (meet and confer to discuss narrowing) | June 11, 2026 | |
| All parties file a designation of testifying experts and serve expert reports on issues for which that party bears the burden of proof | July 16, 2026 | |
| All parties serve rebuttal expert reports | August 27, 2026 | |
| Mediation | September 10, 2026 | |
| Completion of expert discovery | September 24, 2026 | |
| Second meet and confer to narrow claims and art | October 1, 2026 | |
| Last day to file Dauberts and MSJs | October 15, 2026 | |
| Daubert and MSJ responses | November 5, 2026 | |
| Daubert and MSJ replies | November 19, 2026 | |
| Daubert and MSJ hearing | TBD | |
| Pretrial disclosures | December 1, 2026 (due to Thanksgiving) | |
| Objections to pretrial disclosures / rebuttal disclosures | December 15, 2026 | |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates | December 15, 2026 | |
| File MILs and objections to rebuttals | December 22, 2026 | |
| Oppositions to MILs | January 7, 2027 | |
| File Joint Pretrial Order and Pretrial Submissions | January 7, 2027 | |
| Replies to MILs; Deadline to File Notice of Request for Daily Transcript or Real Time Reporting | January 14, 2027 | |
| Meet and confer on remaining objections and MIL disputes | January 15, 2027 | |
| Joint notice of remaining objections and MIL disputes | January 18, 2027 | |
| Final Pretrial Conference | January 21, 2027 | |
| Trial | February 11, 2027 | |

**IT IS SO ORDERED**

**SIGNED** on January 26, 2026

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE