**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **EDGE NETWORKING SYSTEMS, LLC,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| | § | |
| **V.** | § | **1:24-CV-00215-ADA** |
| | § | |
| | § | |
| **MICROSOFT CORPORATION,** | § | |
| **DEFENDANT.** | § | |

## CLAIM CONSTRUCTION ORDER

The Court provided preliminary claim constructions on February 19, 2026, for terms in g U.S. Patent No. 10,686,871 (the ’871 patent) and U.S. Patent No. 10,893,095 (the ’095 patent). The Court held a claim construction hearing on February 23, 2026, in which the Court heard argument. After careful consideration of the parties’ briefs, oral argument, and the applicable law, the Court enters its final constructions for each term as shown below.

| # | Term | Plaintiff’s Proposed Construction | Defendant’s Proposed Construction | Court’s Construction |
|---|---|---|---|---|
| 1 | “programmable network device”<br><br>(’871 Patent, Claims 1, 2, 4, 7, 9; ’095 Patent, Claims 1, 2, 7, 15) | a network device powered by a sandboxing operating system | hardware networking equipment embedded with a sandboxing operating system | hardware networking equipment embedded with a sandboxing operating system |
| 2 | “programmable cloud device having a plurality of | Plain and ordinary meaning.<br><br>Alternatively, “a cloud platform having a | hardware cloud equipment embedded with a plurality of virtual machines | Plain and ordinary meaning. |

| | | | | |
|---|---|---|---|---|
| | virtual machines”<br><br>(’871 Patent, Claim 9; ’095 Patent, Claim 15) | plurality of virtual machines” | | |
| 3 | “sandboxing operating system”<br><br>(’871 Patent, claims 1, 9; ’095 Patent, claims 1, 15) | Plain and ordinary meaning.<br><br>Alternatively, “an operating system that runs each application as a dedicated process in sure isolation from other applications” | software that contains a kernel, connects to hardware resources, and ensures each application runs as a dedicated process in sure isolation from the other applications<br><br>may not include (1) a “single runtime environment by itself” or (2) any software “hosted by” or “running on” an operating system | Software that contains a kernel, connects to at least one hardware resource, and ensures each application runs as a dedicated process in sure isolation from the other applications.<br><br>May not include (1) a “single runtime environment by itself” or (2) any software “hosted by” or “running on” an operating system |
| 4 | “distributed application” / “distributed applications”<br><br>(’871 Patent claims 1, 9; ’095 Patent, claims 1, 15) | Plain and ordinary meaning.<br><br>Alternatively, “an application formed from the secure communication between an application on the programable network device and an application on the programmable cloud device” | each “distributed application” is a single piece of software formed from components hosted on a network device and a cloud device [or a virtual machine on a cloud device] | Plain and ordinary meaning |
| 5 | “virtual fabric” | an abstraction layer for applications to communicate with each other | indefinite | an abstraction layer for applications to communicate with each other |

| | | | | |
|---|---|---|---|---|
| | (’871 Patent, claims 1, 9) | | | |
| 6 | “application management portal”<br><br>(’871 Patent claims 1, 7, 9; ’095 Patent, claims 1, 15) | portal for the network administrator (admin) to manage the lifecycle of applications | a portal for application management having a user interface | Plain and ordinary meaning. |
| 7 | “the application management portal [further] manages usage of the distributed applications…” / “the application management portal [further] manages provisioning, usage and de-provisioning of the distributed applications...”<br><br>(’871 Patent, claims 1, 9; ’095 Patent, claims 1, 15) | ensuring availability of sufficient resources;<br><br>provisioning and deprovisioning have plain and ordinary meaning of deploying and terminating instances of an application | indefinite | Plain and ordinary meaning. |
| 8 | “managing upgrades of the first and second network applications with substantially | having at least one instance of the application running during the upgrade | indefinite | Plain and ordinary meaning. |

| | | | | |
|---|---|---|---|---|
| | no interruption to operation of the programmable network device and programmable cloud device" / "facilitates upgrades of the first and second network applications with substantially no interruption to operation of the programmable network device and programmable cloud device"<br><br>('871 Patent, claims 1, 9; '095 Patent, claims 1, 15) | | | |

Further, the parties have reached agreement on the construction of the claim term "affect change" '871 Patent, claim 7) listed in their Joint Claim Construction Statement. Dkt. 72. The Court adopts the parties' agreed constructions for that claim term.

**SIGNED** on June 17, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE