**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| EDGE NETWORKING SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 1:24-cv-00215-ADA |

# AGREED SECOND AMENDED SCHEDULING ORDER

Plaintiff Edge Networking Systems, LLC ("Edge") and Defendant Microsoft Corporation ("Microsoft") agree and stipulate to this Second Amended Scheduling Order pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, dated Sept. 18, 2025 ("Standing Order"). This Second Amended Scheduling Order does not change the date of any hearing, trial, or other Court date, and does not move any deadline for a final submission to within one month or less of a currently-scheduled hearing, trial, or Court event.

| Event | Current Deadline (Dkt. 95) | Amended Deadline |
|---|---|---|
| Priority production — a sample of the data responsive to the June 8 and June 30, 2026 orders (Dkt. 88, 92), produced in the schema in which the data for the remaining games will be produced, to the extent possible, sufficient for Edge to substantially complete its opening expert reports | July 31, 2026 | N/A |
| Complete discovery in response to June 8 and June 30, 2026 orders (Dkt. 88, 92)<br><br>Microsoft will produce documents on a rolling basis | August 14, 2026 (substantial completion) | September 22, 2026 |

| Event | Current Deadline (Dkt. 95) | Amended Deadline |
|---|---|---|
| All parties file a designation of testifying experts and serve expert reports on issues for which that party bears the burden of proof | August 20, 2026 | October 6, 2026 |
| Deadline to complete additional discovery ordered on June 8 and June 30, 2026 (Dkt. 88, 92) | September 4, 2026 | N/A |
| Edge serves supplemental expert reports, if any, completing the opening reports with data produced after the opening-report deadline | September 18, 2026 | N/A |
| All parties serve rebuttal expert reports | September 28, 2026 | November 3, 2026 |
| Deposition of Dr. Paul Martin (Edge's technical expert), to occur after his supplemental report and after his return from parental leave | By October 5, 2026 | N/A |
| Mediation | October 9, 2026 | November 9, 2026 |
| Completion of expert discovery | October 23, 2026 | November 23, 2026 |
| Second meet and confer to narrow claims and art | October 30, 2026 | November 30, 2026 |
| Last day to file Dauberts and MSJs | November 13, 2026 | December 11, 2026 |
| Daubert and MSJ responses | December 4, 2026 | January 4, 2027 |
| Daubert and MSJ replies | December 18, 2026 | January 15, 2027 |
| Daubert and MSJ hearing | TBD | TBD |
| Pretrial Disclosures | January 4, 2027 | January 22, 2027 |
| Objections to pretrial disclosures / rebuttal disclosures | January 19, 2027 | January 29, 2027 |
| File MILs and objections to rebuttals | January 26, 2027 | February 12, 2027 |
| Oppositions to MILs | February 11, 2027 | February 19, 2027 |
| File Joint Pretrial Order and Pretrial Submissions | February 11, 2027 | February 19, 2027 |
| Replies to MILs; Deadline to file Notice of Request for Daily Transcript or Real Time Reporting | February 18, 2027 | February 22, 2027 |

| Event | Current Deadline (Dkt. 95) | Amended Deadline |
|---|---|---|
| Meet and confer on remaining objections and MIL disputes | February 22, 2027 | February 22, 2027 *(unchanged)* |
| Final pretrial conference | At the Court's convenience | At the Court's convenience |
| Jury Selection/Trial | At the Court's convenience | At the Court's convenience |

Dated: August 18, 2026

Respectfully submitted,

By: */s/ Maxim Price*
David L. Hecht
Maxim Price
Tremayne Norris
James Zak
Peter Joon Park
James Tanner Murphy
**HECHT PARTNERS LLP**
125 Park Avenue, 25th Fl.
New York, NY 10017
Telephone: (212) 851-6821
dhecht@hechtpartners.com
mprice@hechtpartners.com
tnorris@hechtpartners.com
jzak@hechtpartners.com
ppark@hechtpartners.com
tmurphy@hechtpartners.com

**ATTORNEYS FOR PLAINTIFF EDGE NETWORKING SYSTEMS, LLC**

By: */s/ Richard M. Chen*
Melissa R. Smith
Travis Underwood
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
melissa@gillamsmithlaw.com
travis@gillamsmithlaw.com

Irene Yang
**SIDLEY AUSTIN LLP**
101 California Street, Suite 3500
San Francisco, California 94111
Telephone: (415) 772-1200
irene.yang@sidley.com

Richard M. Chen
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
rchen@sidley.com

Brooke S. Böll
**SIDLEY AUSTIN LLP**
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 896-6000
brooke.boll@sidley.com

Morgan R. Mendicino
**SIDLEY AUSTIN LLP**
2323 Cedar Springs, Suite 2600
Dallas, Texas 75201
Telephone: (214) 981-3300
mmendicino@sidley.com

**ATTORNEYS FOR DEFENDANT MICROSOFT CORPORATION**