**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| EDGE NETWORKING SYSTEMS, LLC,<br>Plaintiff,<br>v.<br>MICROSOFT CORPORATION,<br>Defendant. | Civil Action No. 1:24-cv-00215-ADA |

**JOINT MOTION FOR ENTRY OF AGREED FOURTH AMENDED SCHEDULING ORDER**

Plaintiff Edge Networking Systems, LLC ("Plaintiff" or "Edge") and Defendant Microsoft Corporation ("Defendant" or "Microsoft") (collectively, the "Parties") jointly file this motion for entry of agreed fourth amended scheduling order. The parties have reached agreement on the scheduling order and respectfully request that the Court enter the proposed agreed amended scheduling order attached hereto.

Dated: November 2, 2026

By: */s/ David L. Hecht*

David L. Hecht
Maxim Price
Tremayne Norris
James Zak
Peter Joon Park
James Tanner Murphy
**HECHT PARTNERS LLP**
125 Park Avenue, 25th Fl.
New York, NY 10017
Telephone: (212) 851-6821
dhecht@hechtpartners.com
mprice@hechtpartners.com
tnorris@hechtpartners.com
jzak@hechtpartners.com
ppark@hechtpartners.com
tmurphy@hechtpartners.com

*Counsel for Plaintiff Edge Networking Systems, LLC*

Respectfully submitted,

By: */s/ Melissa R. Smith*

Melissa R. Smith
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
melissa@gillamsmithlaw.com

Irene Yang
**SIDLEY AUSTIN LLP**
101 California Street, Suite 3500
San Francisco, California 94111
Telephone: (415) 772-1200
irene.yang@sidley.com

Richard M. Chen
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
rchen@sidley.com

Brooke S. Böll
**SIDLEY AUSTIN LLP**
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 896-6000
brooke.boll@sidley.com

Morgan R. Mendicino
**SIDLEY AUSTIN LLP**
2323 Cedar Springs, Suite 2600
Dallas, Texas 75201
Telephone: (214) 981-3300
mmendicino@sidley.com

*Counsel for Defendant Microsoft Corporation*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Microsoft met and conferred with counsel for Edge to discuss the substantive relief sought in this Joint Motion in accordance with Local Rule CV-7(G). The Parties are jointly seeking the relief sought herein.

/s/ *Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this 2nd day of November, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Melissa R. Smith*
Melissa R. Smith